# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:12-cv-679-JRG-RSP |
| | § | |
| NORTHERN TRUST CORPORATION and | § | **JURY TRIAL DEMANDED** |
| THE NORTHERN TRUST COMPANY, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss Northern Trust Corporation Without Prejudice. After considering the Motion and finding that good cause exists for granting the Motion, the Court is of the opinion that the Motion should be in all respects GRANTED.

**IT IS THEREORE ORDERED that** all claims asserted in this suit by Plaintiff Leon Stambler against Defendant Northern Trust Corporation are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs relating to this Unopposed Motion to Dismiss Northern Trust Corporation are to be borne by the party that incurred them.

**SIGNED this 23rd day of January, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE